WALTER B. J. MITCHELL, as Receiver in Supplementary Proceedings of PHILIP APRIL, Respondent, v. PHILIP APRIL and Others, Defendants; MONTE CHRISTI CORPORATION, Appellant.— Order granting, on reargument, motion to vacate order of July 7, 1936, vacating service of summons upon appellant corporation and referring the matter fo Hon. Joseph Morschauser, official referee, to take testimony and report to the court with regard to the extent to which, if at all, said corporation was, at the time of the service of the summons upon it herein, doing business within the State of New York, and directing that the determination of appellant's motion to vacate the summons served upon it be held in abeyance until the coming in of the official referee's report, affirmed, with ten dollars costs and disbursements. In the opinion of this court, the affidavit of the president of appellant corporation on the original motion, together with the admission that the corporation has procured from the Secretary of State a certificate authorizing it to do business within the State of New York, is sufficient to show that the corporation is doing business within this State. However, the plaintiff is satisfied with the reference ordered herein. Lazansky, P. J., Carswell, Davis and Adel, JJ., concur; Hagarty, J., concurs in result.

IVANKA MOGNAZ, Respondent, v. GUY MOGNAZ, Appellant.— Judgment in favor of the plaintiff in an action to recover upon an agreement entered into between husband and wife affirmed, with costs. No opinion. Hagarty, Carswell, Davis and Adel, JJ., concur; Lazansky, P. J., dissents upon the ground that an agreement for dissolution of marriage is void.

THE NATIONAL CITY BANK OF NEW YORK, Appellant, v. RICHARD GLEICHMANN, Respondent.— Order denying plaintiff's motion to strike out the defendant's answer and for a summary judgment affirmed, with twenty-five dollars costs and disbursements. (See Westchester Trust Co. v. Fox, 243 App. Div. 582; Citizens Nat. Bank of Freeport v. Mintz, 245 id. 759.) Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS NASTI, Appellant.— Judgment of the County Court of Queens county convicting defendant of the crime of criminally receiving stolen property unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN RUSSEK, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the appellant of the crime of violating section 188 of the Agriculture and Markets Law (See, also, § 41 thereof), unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.